IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

Y.R.V.,                            *

    Petitioner,                 *

vs.                                *
                            CASE NO. 4:25-CV-333 (CDL)
WARDEN, STEWART DETENTION       *
CENTER,
                            *

    Respondent.                 *
_____ *

O R D E R

    After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 23, 2026 is hereby approved, adopted, and made the Order of the Court.  The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

    IT IS SO ORDERED, this 20th day of April, 2026.

                               s/Clay D. Land
                               CLAY D. LAND
                               U.S. DISTRICT COURT JUDGE
                               MIDDLE DISTRICT OF GEORGIA