IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

YORDAN ROMAY VALDES,                    *

              Petitioner,          *

v.                                        Case No.  4:25-CV-00333-CDL-CHW

                                 *

PAMELA BONDI, et al,

                                 *

              Respondents.          *

## J U D G M E N T

Pursuant to this Court's Order dated April 20, 2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 20th day of April, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk